RECEIVED

MAY 2 9 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

CARDELL K. FUSILIER                                    CIVIL ACTION NO. 6:12-CV-0580
LA. DOC #445088

VERSUS                                                            JUDGE DOHERTY

WARDEN BURL CAIN                                    MAGISTRATE JUDGE HANNA


**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the court, considering the

record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

_____        The certificate of appealability is DENIED because the applicant has failed to

demonstrate a substantial showing of the denial of a constitutional right.

_____        The certificate of appealability is GRANTED for the following reasons:

The applicant has made a substantial showing that the following issues constitute a denial

of a constitutional right:


Signed at Lafayette, Louisiana, this ___29___ day of ____May____, 201_.


                                               _____
                                               REBECCA F. DOHERTY
                                               UNITED STATES DISTRICT JUDGE